**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: RAVINDER S. CHAWLA** | : | Chapter 7 |
| **Debtor** | : | Bky. No. 17-14282ELF |
| | : | |
| **BERISH BERGER, et al.,** | : | |
| **Plaintiffs** | : | |
| v. | : | Adv. No. 17-288 |
| **RAVINDER S. CHAWLA,** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW**, **WHEREAS**, an Order was entered on **May 23, 2018** dismissing the main bankruptcy case,

**AND**, the above captioned adversary proceeding is still pending,

**AND**, generally, dismissal of a debtor's main case requiring the dismissal of all pending adversary cases, see In re Smith, 866 F.2d 576 (3rd Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987); accord, In re Porges, 44 F.3d 159 (2d Cir. 1995),

**AND**, it appears that no justification exists for this court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction,

**It is therefore ORDERED** that the above captioned adversary proceeding is

**DISMISSED** for lack of jurisdiction.  The Clerk shall **ADMINISTRATIVELY CLOSE** this adversary proceeding forthwith.

Date:  6/8/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**